IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAINE KOBY GHOLSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:18-cv-1632 |
| | ) | |
| v. | ) | District Judge Arthur J. Schwab |
| | ) | Magistrate Judge Patricia L. Dodge |
| | ) | |
| REBECCA ANDREWS and ZACHARY KENNEDY, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Plaintiff, Blaine Koby Gholson, is a Pennsylvania prisoner who is currently housed at SCI Houtzdale. This civil action was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court.

On February 14, 2020, the Magistrate Judge filed a Report and Recommendation (ECF No. 49) recommending that this civil action be dismissed with prejudice for failure to prosecute because Plaintiff failed to accept mail from the Court, failed to comply with Court orders, and stopped communicating with the Court altogether.

The Report and Recommendation was mailed to Plaintiff at his address of record. His objections to it were due by March 2, 2020. He did not file any objections.

Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this 9th day of March, 2020,

IT IS HEREBY ORDERED that this civil action is dismissed with prejudice for Plaintiff's failure to prosecute;

IT IS FURTHER ORDERED that the Report and Recommendation (ECF No. 49) filed by the Magistrate Judge on February 14, 2020, is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All Registered ECF Counsel and
via first-class mail to Plaintiff at his
address of record